United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE DAVID CASTRO VILLATORO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-07495 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Jose David Castro Villatoro's ("Petitioner") Petition for Writ of Habeas Corpus (the "Petition"). Doc. #1. On October 7, 2026, Respondents informed the Court that Petitioner was removed from the United States on or about September 8th. Doc. #6. Where, as here, a habeas petition challenges only a petitioner's detention, and not the underlying removal proceedings or their collateral consequences, the action becomes moot once the petitioner is released from custody. *See Mena v. Barr,* No. 1:20-CV-151, 2020 WL 8093649, at *2 (S.D. Tex. Dec. 14, 2020), *report and recommendation adopted*, 2021 WL 124330 (S.D. Tex. Jan. 13, 2021) ("This District has regularly recognized that a petitioner's claim for habeas relief becomes moot upon his release from ICE custody (by removal or under supervision)"). Because Petitioner has now been released, the Court can no longer grant effective relief. Accordingly, Petitioner's petition for relief under 28 U.S.C. § 2241 (Doc. #1) is DISMISSED AS MOOT. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

OCT 0 9 2026

Date

The Honorable Alfred H. Bennett
United States District Judge